FILED

2010 MAR 16  AM 10: 22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SCOTT A. WAAGE, et al.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:09-cv-1064 JM (WVG)

**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE**

On March 11, 2009, the parties to this action filed a stipulation of dismissal with prejudice under Fed. R. Civ. P. 41(a)(1). (Dkt. No. 16.) Accordingly, the Court grants the joint motion and dismisses this action with prejudice. Each party will bear its own fees and costs.

IT IS SO ORDERED.

    Dated: March 15, 2010.

JEFFREY T. MILLER, District Judge
UNITED STATES DISTRICT COURT